UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EARNEST JOHNSON,

      Petitioner,

    v.                                  Case No. 05-cv-481-JPG

DONALD HULICK,

      Respondent.

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that petitioner Earnest Johnson's

petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 is denied, that judgment is

entered in favor of respondent Donald Hulick and against petitioner Earnest Johnson, and that

this case is dismissed with prejudice.


**DATED: November 7, 2008**                    **NORBERT JAWORSKI, CLERK**

                                     **s/Brenda K. Lowe, Deputy Clerk**



**Approved:**      s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**